AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-0306

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   LISA RUEDE

was received by me on *(date)*   01/29/2020   .

☑ I personally served the summons on the individual at *(place)*   458 E. Lake Court, Marietta, GA 30062
on *(date)*   01/29/2020   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  1-30-2020

_____
*Server's signature*

DUANE DAY - PROCESS SERVER
*Printed name and title*

MLQ an ABC LEGAL COMPANY
2000 RIVEREDGE PKWY
ATLANTA, GA 30328
*Server's address*

Additional information regarding attempted service, etc:



*685928*