# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HOME-OWNERS INSURANCE COMPANY and AUTO-OWNERS INSURANCE COMPANY, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SPRING STREET RESTAURANT GROUP, LLC; LISA RUEDE; and JOHN DOES 1-5, )<br>)<br>)<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO. **1:20-cv-00306-JPB** |

## CONSENT MOTION TO FILE RESPONSE
## TO MOTION TO DISMISS COMPLAINT

COME NOW, Home-Owners Insurance Company ("Home-Owners") and Auto-Owners Insurance Company ("Auto-Owners") (Home-Owners and Auto-Owners are collectively the "Insurers"), Plaintiffs in the above-styled action, and file this Consent Motion to File Response to Motion to Dismiss Complaint, respectfully showing the Court as follows:

1.

The Insurers filed their Complaint for Declaratory Judgment on January 22, 2020. [ECF Doc. No. 1]

2.

Spring Street waived service, such that its response to the Insurers' Complaint was due 60 days from January 29, 2020. [ECF Doc. No. 6]

3.

On March 27, 2020, Spring Street filed a Motion to Dismiss Complaint and Incorporated Memorandum of Law (the "Motion to Dismiss"). [ECF Doc. No. 9]

4.

Per Local Rule 7.1B, the Insurers' response to the Motion to Dismiss was due on April 10, 2020.

5.

On April 14, 2020, the Motion to Dismiss was submitted to Judge Boulee.

6.

Due to the unusual circumstances caused by the ongoing COVID-19 pandemic, which have forced undersigned counsel for the Insurers to work remotely since March 16, 2020, the Insurers did not file a response to the Motion to Dismiss by the April 10 deadline. The Insurers are filing their response in opposition to the Motion to Dismiss today, April 14, 2020, contemporaneously herewith.

7.

Spring Street has no opposition to the Insurers' untimely response being filed today, April 14, 2020.

WHEREFORE, for the reasons set forth above, the Insurers respectfully request that they be permitted to file their response in opposition to Spring Street's Motion to Dismiss today, April 14, 2020, and that the Court consider said response in deciding on the Motion to Dismiss.

This  14th  day of April, 2020.

                      Respectfully submitted,

                      SWIFT, CURRIE, McGHEE & HIERS, LLP

                      */s/ Christy M. Maple*
                      Mark T. Dietrichs
                      Georgia State Bar No. 221722
                      Christy M. Maple
                      Georgia State Bar No. 240807
                      *ATTORNEYS FOR PLAINTIFFS,*
                      *Home-Owners Insurance Company and Auto-Owners Insurance Company*

The Peachtree - Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia  30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
mark.dietrichs@swiftcurrie.com
christy.maple@swiftcurrie.com

CONSENTED TO BY:

                          THE GILROY LAW FIRM, LLC

                          */s/  Monica K. Gilroy*
                          Monica K. Gilroy
                          Georgia State Bar No. 427520
                          Matthew F. Totten
                          Georgia State Bar No. 798589
                          *ATTORNEYS FOR DEFENDANT,*
                          *Spring Street Restaurant Group, LLC*

3780 Mansell Road, Suite 140
Alpharetta, GA 30022
Telephone:   (678) 280-1922
Facsimile:    (678) 280-1923
mkg@gilroyfirm.com
mft@gilroyfirm.com

## **ATTORNEY'S CERTIFICATION**

I hereby certify that the foregoing pleading has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in L.R. 5.1C.

This __14th__ day of April, 2020.

>*/s/ Christy M. Maple*
>Christy M. Maple
>Georgia State Bar No. 240807

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **Consent Motion to File Response to Motion to Dismiss Complaint,** with the Clerk of Court by e-filing same using the CM/ECF System, which will send notification to the following attorneys of record:

Monica Gilroy, Esq.
Matthew F. Totten
The Gilroy Firm
3780 Mansell Rd., Suite 140
Alpharetta, GA 30022
mkg@gilroyfirm.com
mft@gilroyfirm.com
*Attorneys for Defendant Spring Street Restaurant Group, LLC*

This   14th   day of April, 2020.

Respectfully submitted,

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Christy M. Maple*
Mark T. Dietrichs
Georgia State Bar No. 221722
Christy M. Maple
Georgia State Bar No. 240807
*ATTORNEYS FOR PLAINTIFFS,*
*Home-Owners Insurance Company and*
*Auto-Owners Insurance Company*

The Peachtree – Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia  30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
mark.dietrichs@swiftcurrie.com
christy.maple@swiftcurrie.com

4279950v.1